UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

FUTURE COMMUNICATIONS CORPORATION          08 CV 01997 (JGK)
OF NEW YORK d/b/a VIRTUAL SERVICE

        Plaintiff,

  -against-                                        7.1 Disclosure


AMERICAN SECURITY SYSTEMS, INC.,
and LAWRENCE T. DOLIN

        Defendant
_____x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff FUTURE COMMUNICATIONS CORPORATION OF NEW YORK d/b/a VIRTUAL SERVICE certifies that there are no corporate parents, affiliates and/or subsidiaries of said plaintiffs, which are publicly held.

Dated: February 28, 2008
   New York, New York

              By: _____
                Zeynel Karcioglu (ZK 7931)
                Attorney for Plaintiff
                36 East 20th Street, 6th Floor
                New York, NY 10003
                (212) 505-6933