Robert C. Faber (RF 7020)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036-8403
Telephone: (212) 382-0700
Facsimile: (212) 382-0888

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                          :
FUTURE COMMUNICATION                                      :
CORPORATION OF NEW YORK                                   :
                                                          :
                          Plaintiff,                      :        Civil Action No. 08-cv-01997 (JGK)
                                                          :
              v.                                          :
                                                          :
AMERICAN SECURITY SYSTEMS, INC.,                          :
and LAWRENCE T. DOLIN                                     :
                                                          :
                          Defendants.                     :
                                                          :
-----------------------------------------------------------------x

## RULE 7.1 STATEMENT

        Pursuant to Rule 7.1 of the Local Rules of this Court and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant American Security Systems, Inc., certify that the following are corporate or other parents, subsidiaries, or affiliates of Defendant American Security Systems, Inc., securities or other interests in which are publicly held:

## NONE.

{00914066.1}

Dated: March 19, 2008
      New York, New York

Respectfully submitted,

_____
Robert C. Faber
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036-8403
Telephone: (212) 382-0700
Facsimile: (212) 382-0888


Attorney for Defendant

{00914066.1}

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing **RULE 7.1 STATEMENT** was served upon counsel for Plaintiff this 19th day of March, 2008 by ECF and First Class mail, postage prepaid, addressed as follows:

> Zeynel Memed Karcioglu
> Zeynel Karcioglu, Esq.
> 36 East 20th Street
> New York, NY 10003
> E-mail: zeynel@karcioglu-law.com