UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FUTURE COMMUNICATIONS
CORPORATION OF NEW YORK
d/b/a VIRTUAL SERVICE,

                Plaintiff(s),

    -against-

AMERICAN SECURITY SYSTEMS, INC.,
ET ANO.,

                Defendant(s).
------------------------------------------------------------X

CASE NO. 08 CV 01997

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                           s.s.:
COUNTY OF NEW YORK )

    JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
    That on the 6th day of March, 2008, at approximately 3:30 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT together with EXHIBITS; JUDGES' RULES; CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE and ECF FILING INSTRUCTIONS** upon American Security Systems, Inc. at 5-44 50th Avenue, Long Island City, New York by personally delivering and leaving the same with S. Rosenbaum, Receptionist, who is authorized by appointment to accept service.
    S. Rosenbaum is a white female, approximately 55 years of age, is approximately 5 feet and 7 inches tall, weighs approximately 120 pounds, with light brown hair and light eyes and was wearing glasses.

Sworn to before me this
10th day of March, 2008

                                            JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FUTURE COMMUNICATIONS
CORPORATION OF NEW YORK
d/b/a VIRTUAL SERVICE,

                          Plaintiff(s),

    -against-                              CASE NO. 08 CV 01997

**AFFIDAVIT OF SERVICE**

AMERICAN SECURITY SYSTEMS, INC.,
ET ANO.,

                        Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK   )
                              s.s :
COUNTY OF NEW YORK  )

     JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
     That on the 6th day of March, 2008, at approximately 3:30 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT together with EXHIBITS; JUDGES' RULES; CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE and ECF FILING INSTRUCTIONS** upon Lawrence T. Dolin c/o American Security Systems, Inc. at 5-44 50th Avenue, Long Island City, New York 11101 by personally delivering and leaving the same with S. Rosenbaum, Receptionist, who is a person of suitable age and discretion, at that address the actual place of business of the defendant. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.
     S. Rosenbaum is a white female, approximately 55 years of age, is approximately 5 feet and 7 inches tall, weighs approximately 120 pounds, with light brown hair and light eyes and was wearing glasses.

(1)

    That on the 11th day of March, 2008 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**Lawrence T. Dolin**
**c/o American Security Systems, Inc.**
**5-44 50ᵗʰ Avenue**
**Long Island City, New York 11101**

Sworn to before me this
11th day of March, 2008

                                   JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE4851559
Qualified in New York County
Commission expires February 3, 2010