```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------
FUTURE COMMUNICATIONS CORPORATION OF
NEW YORK d/b/a VIRTUAL SERVICE,

            Plaintiff,

  - against -

AMERICAN SECURITY SYSTEMS, INC., et al.,

           Defendants.
--------------------------------------

08 Civ. 1997 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should make Rule 26 disclosures by **April 25, 2008**. The plaintiff should file any amended complaint by **April 25, 2008**. The defendants' time to move or answer is extended to **May 2, 2008**. The defendants' motion for summary judgment is due **May 2, 2008**. The plaintiff should respond by **June 9, 2008**. The defendants' reply, if any, is due **June 23, 2008**.

SO ORDERED.

Dated:    New York, New York
           April 15, 2008

                                      John G. Koeltl
                                    United States District Judge