USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/2/08_

# OSTROLENK FABER GERB & SOFFEN, LLP

Intellectual Property Attorneys

1180 Avenue of the Americas
New York, New York 10036
212.382.0700
Fax 212.382.0888

www.ostrolenk.com
email@ostrolenk.com

**Partners**
SAMUEL H. WEINER
ROBERT C. FABER
MAX MOSKOWITZ
JAMES A. FINDER
WILLIAM O. GRAY, III
LOUIS C. DUIMICH
CHARLES P. LAPOLLA
DOUGLAS A. MIRO
PETER S. SLOANE
KOUROSH SALEHI**

**Associates**
JOEL J. FELBER
MICHAEL I. MARKOWITZ
KEITH J. BARKAUS
JEFF KIRSHNER
ART C. CODY
DAVID J. TORRENTE
ANNA VISHEV
CAMERON S. REUBER***
ANGELA M. MARTUCCI
SEAN P. McMAHON

**Of Counsel**
MARTIN PFEFFER
MARTIN J. BERAN
PAUL GRANDINETTI*
MARK A. FARLEY
GEORGE BRIEGER
STEPHEN J. QUIGLEY
JOSEPH M. MANAK
ISRAEL NISSENBAUM

*DC BAR
**CONNECTICUT BAR
***VIRGINIA BAR

RECEIVED
MAY 2 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

May 1, 2008

**VIA FACSIMILE**

Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

_John G. Koeltl, U.S.D.J._

5/2/08

Re:  *Future Communications Corporation of New York d/b/a Virtual Service v.
American Security Systems, Inc., and Lawrence T. Dolin.* (08 CV 1997)(JGK)

Dear Judge Koeltl:

We are the attorneys for the Defendants American Security Systems, Inc., and Lawrence T. Dolin in the above trademark infringement action.

In accordance with Your Honor's Order dated April 15, 2008, Plaintiff filed its First Amended Complaint on April 25, 2008. Service copies were received by ECF and First Class Mail. Both the ECF and mail copies appear to be missing Paragraphs 39-44. We are attempting to resolve the discrepancy with counsel for Plaintiff.

Defendants' Answer to Plaintiff's First Amended Complaint is due **May 2, 2008**. Plaintiff has also added a new cause of action. In view of the additional cause of action, the discrepancy regarding Paragraphs 39-44, because the Amended Complaint has not yet been answered, and the Defendants are filing a summary judgment motion regarding the Amended Complaint, and such motions are usually made after the Complaint is answered, Defendants respectfully request that an extension to file their Answer be granted through Wednesday, **May 7, 2008**.

New York • Washington, D.C.

# OSTROLENK FABER GERB & SOFFEN, LLP

Judge John G. Koeltl
May 1, 2008
Page 2


Defendants' Motion for Summary Judgment is due **May 2, 2008**. In order for Defendants' to adequately respond to and make their motion on the First Amended Complaint, Defendants respectfully request that the time for filing their Motion Summary Judgment be extended through Wednesday, **May 7, 2008**.

Defendants have no objection with extending Plaintiff's time for responding to the Motion for Summary Judgment by an additional week, through **June 16, 2008**. Likewise, if it pleases Your Honor, Defendant's reply may be extended through **June 30, 2008**.


Respectfully submitted,

OSTROLENK, FABER, GERB & SOFFEN, LLP

Robert C. Faber (RF 7020)


RCF:SPM
cc: Zeynel Karcioglu, Esq. (Attorney for Plaintiff) (via facsimile)