Robert C. Faber (RF 7020)
Sean P. McMahon (SM 1202)
Ostrolenk, Faber, Gerb & Soffen, LLP
1180 Avenue of the Americas
New York, New York 10036
Phone: (212) 382-0700
Fax: (212) 382-0888
E-mail: rfaber@ostrolenk.com

Attorneys for Defendants/Counterclaim-Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUTURE COMMUNICATIONS CORPORATION OF NEW YORK d/b/a VIRTUAL SERVICE,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>AMERICAN SECURITY SYSTEMS, INC., and LAWRENCE T. DOLIN,<br><br>Defendants/Counterclaim-Plaintiffs. | Case No.: Civil Action No. 08 CV 01997 (JGK)<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE** that, pursuant to a conference held on April 15, 2008, an Order by Hon. John G. Koeltl dated April 15, 2008, and an Order by Hon. John G. Koeltl dated May 2, 2008, Defendants American Security Systems, Inc. and Lawrence T. Dolin ("Defendants") hereby move for summary judgment seeking dismissal of all counts in the First Amended Complaint of Plaintiff Future Communications Corporation of New York d/b/a Virtual Service ("Plaintiff"), a declaration that the term "virtual doorman" is a generic term not entitled to trademark protection, and directing the United States Patent and Trademark Office to refuse

registration of Plaintiff's application to register the generic term "virtual doorman" as a trademark.

This Motion is made on the grounds that the overwhelming and incontrovertible evidence shows widespread non-trademark use of the generic term "virtual doorman" in the parties' industry prior to the time Plaintiff claims to have adopted the generic term as its proprietary trademark and continued generic use in the industry, in print, online and other publicly accessible to date. As a result, the term "virtual doorman" is generic, and there is no genuine issue as to any material fact as to that. Summary judgment therefore is warranted as a matter of law, pursuant to Federal Rule of Civil Procedure 56.

This Motion is based upon this Notice of Motion; the original Complaint, Answer, reply Pleadings, and First Amended Complaint; the Memorandum of Law attached hereto; the Declaration of Sean P. McMahon with attached Exhibits of publicly available third party media appearances of the term virtual doorman, submitted in support hereof; and, the Statement of Undisputed Material Facts submitted pursuant to Local Rule 56.1.

Dated: May 7, 2008  
       New York, New York

Respectfully submitted,

*/s/ Robert C. Faber*
_____
Robert C. Faber (RF 7020)  
Sean P. McMahon (SM 1202)  
Ostrolenk, Faber, Gerb & Soffen, LLP  
1180 Avenue of the Americas  
New York, New York 10036  
Phone: (212) 382-0700  
Fax: (212) 382-0888  
E-mail: rfaber@ostrolenk.com

Attorneys for Defendants/Counterclaim-Plaintiffs

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing **NOTICE OF MOTION FOR SUMMARY JUDGMENT** was served upon counsel for Plaintiff/Counterclaim-Defendant by ECF and First Class mail, postage prepaid, on this 7th day of May, 2008, addressed as follows:

Zeynel Memed Karcioglu
Zeynel Karcioglu, Esq.
36 East 20th Street
New York, New York  10003

_____
Robert C. Faber