UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

FUTURE COMMUNICATIONS CORPORATION         08-cv-01997 (JGK)
OF NEW YORK d/b/a VIRTUAL SERVICE

                                    Plaintiff,

    -against-

AMERICAN SECURITY SYSTEMS, INC.,
and LAWRENCE T. DOLIN
                                Defendant
_____x

**Plaintiff's 56.1 Statement**

       Plaintiff Future Communications Corporation of New York, d/b/a Virtual Service, by and through its attorney, Zeynel Karcioglu, Esq., submits the following statement pursuant to Local Civil Rule 56.1(b) Affidavit, to controvert the corresponding paragraphs from Defendants' Statement of Undisputed Material Facts In Support of Defendants' Motion For Summary Judgment ("Defendants' Statement").

       Defendants' Statement is misnumbered, as there are two paragraph numbers for each Paragraphs 4, 5 and 6 (Page 3 and 4). The corresponding numbers in this Statement relate to the *second* paragraph 6, and continue to correspond from Page 4 onward.

       6.   (Page 4) In addition to being marketed to residential users for their houses, and in connection with luxury buildings, the VIRTUAL DOORMAN System is marketed to owners of buildings and real estate developers. Aff. of Colin Foster at ¶¶ 7-8

       8.   In addition to the services set forth in Paragraph 7, the VIRTUAL DOORMAN System provides alarm, remote door and gate-locking functions, as well as

remote control of HVAC, fire and sprinkler, electric, and elevator systems. Aff. of Colin Foster at ¶ 10.

Plaintiff adds the following paragraphs in support of its Opposition to Defendants' Motion for Summary Judgment.

14. The VIRTUAL DOORMAN System sells for anywhere between $80,000 – and $250,000 dollars.    `

15. Professional organizations and persons in the trade, such as ABO, recognize Plaintiff to be the exclusive source of the VIRTUAL DOORMAN product and services. LaPorte Decl. at ¶ 9-10.

16. There are numerous instances of the use of VIRTUAL DOORMAN to identify Plaintiff's goods in trade journals and marketing materials. Pltfs. Exhibits 1-6.

17. Plaintiff's goods and services offered under the trademark VIRTUAL DOORMAN are not in the nature of courier/overnight delivery. Foster Decl. ¶ 12.

18. Defendants' employees approached Plaintiff in 2004 to ask to explore a potential business relationship in connection with the VIRTUAL DOORMAN product. Plaintiff declined to pursue such business relationship. Foster Decl. ¶ 11.

19. Many of the uses of VIRTUAL DOORMAN are related to Plaintiff. See Foster Decl. ¶ 14.

20. VIRTUAL DOORMAN™ has been recognized by newpapers and trade journals in connection with Virtual Service. Plts. Exs. 1-6.

21. The USPTO Examining Attorney did not seek any showing of distinctiveness of VIRTUAL DOORMAN. Defs' Ex. E.

Respectfully submitted,

Zeynel Karcioglu, Esq.

_____/s/_____
Zeynel Karcioglu (ZK 7931)
*Attorney for Plaintiff*
Future Communications Corporation
of New York d/b/a Virtual Service

36 East 20th Street, 6th Fl
New York, New York 10003
Tel. 212-505-6933
Fax 646-219-4517

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————————x

FUTURE COMMUNICATIONS CORPORATION      08-cv-01997 (JGK)
OF NEW YORK d/b/a VIRTUAL SERVICE

                                   Plaintiff,

       -against-                                    **Declaration of Nicholas LaPorte**

AMERICAN SECURITY SYSTEMS, INC.,
and LAWRENCE T. DOLIN
                                   Defendant
—————————————————————————x

I, Nicholas LaPorte, hereby declare and say:

1. I make this declaration upon my own personal knowledge and experience.

2. I have been in the building and construction industry for approximately twelve years.

3. I currently am the executive director of the Associated Builders and Owners ("ABO") of Greater New York. The ABO is a real estate trade membership organization, whose members are builders, owners, and managers of buildings throughout the Greater New York area. I am responsible for the day to day operation and management of the organization, and I am familiar with products and services offered in the trade. I have firsthand knowledge of the facts and circumstances set forth below through my experience and knowledge of the industry and position as executive director.

4. I am familiar with Virtual Service and the VIRTUAL DOORMAN System.

5. VIRTUAL DOORMAN has been one of Virtual Service's products for many years.

6. To my knowledge, this system is the industry leader insofar as remote access entry and security systems, and the VIRTUAL DOORMAN system uses a variety of technologies, including CCTV, access control, video intercoms and smart home technology all to enable building owners to monitor and remotely control access to their buildings for tenants and visitors.

7. VIRTUAL DOORMAN has used the tag lines "the same services as a doorman - at a fraction of the cost" and "technology for easy living" for many years, dating at least back to the early 2000's.

8. Virtual Service has presented the VIRTUAL DOORMAN Product by name to several of the members of the ABO.

9. In the security industry, I identify the term "Virtual Doorman" exclusively with the product offered by Virtual Service. If a member were to request a referral for Virtual Doorman, I would refer him/her to Virtual Service only.

10. When building owners and developers ask me about the VIRTUAL DOORMAN System, I understand them to mean Virtual Service's product and services.

11. I declare under penalty of perjury under the laws of the United States of America that that foregoing is true and correct.

New York, NY

Executed this 13th day of June, 2007.

Nicholas LaPorte



# Hip to be Small

*October 2007*

**New York's boutique boom creates new opportunities for the security industry**

When people think of Manhattan, they usually envision soaring high rises equipped with white-gloved doormen or charming and luxurious prewar brownstones. Yet within the last year, the real estate market has seen a rise in a new and exciting breed of buildings -- what many are dubbing "the boutiques."

A growing pocket of new buildings, as well as older refurbished ones, have created a resurgence of interest from homebuyers and sellers within Manhattan. These boutique buildings, usually with less than 40 units and consisting of younger, tech-savvy clientele, are smaller than their more traditional counterparts, yet have fetched record prices for developers and homeowners alike. Why the trade in taste? It's all about demographics. For this clientele, these smaller buildings provide a much more intimate and personalized feeling without the high costs associated with maintaining the traditional amenities offered in older full-service buildings. In addition, these high-end buyers are looking for some degree of anonymity from their neighbors and the doorman and prefer the smaller set-up.

From a seller's perspective, the "boutique building" is attractive to leading developers who are looking to stake claim in emerging New York City neighborhoods such as the Upper West and Upper East sides and Brooklyn. Boutiques also are a way for builders to reallocate funds that would normally be used to maintain the needs of a large building. Instead, builders of boutiques use funds to provide more modern, functional and tech-infused amenities.

### High-Tech Luxury
This boutique buzz and need to reallocate funds have created new opportunities for security and convenience. Security, which once was a nice-to-have, is now a must-have -- and it comes in all forms. Security companies that are able to integrate not only traditional security systems, but also home automation and smart home systems into one streamlined package have partnered with developers to ensure amenities are incorporated well before ground is broken. New Web-based features enable homeowners to access their home's systems -- all via the Internet. Developers are installing systems like Virtual Doorman(tm), which offers security without the high cost of traditional doormen and includes smart home technologies.

In essence, more sophisticated boutique homebuyers are looking for more sophisticated technology, and customizations are now more common. Boutique homeowners are savvy, willing to pay for millions of dollars for a home, and are not willing to sacrifice security for privacy and anonymity. Luckily, the new technologies that exist today offer that balance. With technological breakthroughs such as remote services, biometric technologies, video analytics and smart home features, security systems today give building owners and residents a variety of options to better manage their homes. Systems are more scalable, enabling new residents in a boutique building to integrate and scale new features without a major assessment. Today's homeowners demand real-time notification, personalization and a variety of security management options. But the most important component of a successful system, however, is its ease of use and the assurance that it meets the everyday needs of its clients.

Video surveillance, for example, can be taken to a new level when used with the Web to allow boutique homeowners to tailor their apartment access and entry by individual preference. For instance, with a secure Internet connection, a homeowner should be able to add, change or delete authorized access for specific

visitors (e.g. cleaning staff, realtor, nanny or babysitter) Access can be set by time or date, and a homeowner can receive instant e-mail notification of package deliveries, maintenance visits or visitor arrivals at the home or office. Technology solutions that work with this group of buyers include the ability to self-control cameras within their own apartments, or being able to self-access spare keys if a homeowner gets locked out.

Maintenance management is another key area that boutique homeowners are concerned about. Building owners and residents should be able to send requests to maintenance and repair services companies, schedule appointments and monitor the work conducted within the apartment. By doing so, building owners can ensure that proper work has been completed and immediately identify any problems or follow-up repair work that needs to occur.

**A Growing Trend**
This heightened interest in boutique buildings has spawned exciting collaboration between security vendors, developers and realtors. They all have become more interdependent, each group needing to be preemptive and educated on the others' strategy to ensure increased valuation of each boutique home that comes to market.

The luxury building marketplace in Manhattan is increasingly competitive; the average price is from $575 to $725 per square foot in the boroughs and from $1,200 to $2,000 per square foot in Manhattan. Therefore, developers are challenged to add the right mix of luxury and convenience without pricing themselves above the market. The need to increase the value of their real estate investment has caused both developers and homeowners to look at security and other technology amenities as enhancements that will help differentiate their properties from others. Realtors are becoming more involved in providing feedback to developers and security vendors about what their clients' needs are in order to increase their return rate and justify their realtor costs. Security vendors are opening the lines of communications to both parties to ensure their products are in sync with the boutique market in terms of demand, usability and price point.

There is good indication that the "boutique boom" that is occurring in Manhattan will trickle to other parts of the nation. Keen areas of development and interest within other urban locations, such as Philadelphia and Boston, have sprung up. Interestingly, yet unsurprisingly, the vacation and second-home areas where Manhattan dwellers visit, such as the Hamptons and Naples, Fla., seem to be adopting this trend, not just within multi-tenant buildings, but also with gated, single-family home communities.

Needless to say, the boutique boom is an exciting market to watch and is one that offers plenty of opportunity for fresh innovation in the security world.

Back to previous page

Copyright 2007 1105 Media Inc. See our Privacy Policy.

 

**BRIDGE AND TUNNEL CLUB · BLOG**
**AUTOMOBILE ROUTES**
**SURFACE LINES**
**POSTAL ZONES**

Posted by Scott at 01:10 AM in What Will They Think Of Next?

**August 23, 2007**

## OK Computer!

And the best thing is that you'll never again have to worry about the Christmas tip:

[Colin] Foster is the vice president of sales and marketing for Virtual Doorman, the top product of a security firm called Virtual Service, which promises to offer residents and managers of small buildings the services of a professional doorman at a fraction of the cost -- without skimping on security or convenience.

It used to be that small walkups were second-class buildings," Foster said. "They did not fetch the same pricing as a doorman building. Now, small buildings can offer those same amenities."

Virtual Doorman is a standalone, computerized system that integrates with a building's own computers while linking its high-end color video monitors with the building's existing intercoms, Foster said.

The electronic system is manned remotely 24 hours a day by a third-party agency that is linked directly to the building's local fire department, police and medical services.

The system is monitored constantly, and can perform all the tasks of an old-fashioned, human doorman, Foster said, including screening guests, accepting deliveries and laundry, and unlocking doors for tenants who lost their keys.

Foster insists man and machine can co-exist. It is written into their policy that Virtual Doorman will not replace any members of 32BJ, the union that represents workers including New York doormen.

Still, the union thinks there's no substitution for old-fashioned manpower. "The experience and training of doormen, combined with their familiarity of residents cannot be replaced by electronic services that control building access from remote locations," according to a 32BJ statement.

"The safety of New Yorkers living in condominiums and apartments belongs in the real-life hands of diligent doormen who can maintain on-site control of their buildings."



REPRINTED FROM THE
**ny NEW YORK**
TUESDAY, JUNE 12, 2007

# Real Estate Journal

COVERING ALL OF LONG ISLAND, NEW YORK CITY AND UPSTATE NEW YORK

### REDEFINING THE ROLE OF THE DOORMAN WITH CREATIVE SURVEILLANCE TECHNOLOGY

## Virtual Doorman helps NYC property owners boost security and property value

**NEW YORK, NY** Virtual Service is reshaping the role of the traditional doorman with the launch of the latest version of its flagship product, Virtual Doorman, which provides a cost effective, convenient and secure alternative for residences seeking an alternative to around-the-clock security or doormen. Now, regardless of address or size of building, developers can install Virtual Doorman to maintain heightened security in a building at a fraction of the cost of employing a concierge or doorman. In addition, Virtual Doorman provides tenants of these buildings with the luxury and convenience of a doorman as well as the assurance of 24/7 monitoring of their property.

According to union figures and recent reports in the New York Times, a building typically spends and average of $80,000 per year per doorman in wages, overtime and benefits. Given that typically a building employs four to six doormen, working three daily shifts on weekends and weekdays, that translates to between $275,000 and $400,000 per year. Virtual Doorman costs only 15-20% of that cost, making it an excellent investment. It is an ideal solution for developers and property managers of smaller luxury apartment buildings, new complexes or multifamily homes with 4-60 units who wish to offer a high level of convenience and

**Virtual Doorman uses a secure Internet connection and integrated digital CCTV, cameras, intercom devices, monitoring equipment and access control systems.**

security to their tenants, without pricing them out of the market.

"Virtual Doorman has changed how we integrate and market security and concierge features in our buildings," said Ross Berman, of NY Citiwise, LLC. "It was remarkably easy to install and has given us an edge over other buildings. We no longer have to pass the extra hundreds or thousand plus dollars to our tenants to maintain a doorman, and can still offer them the same—if not better—level of security and attention. Our buyers love it. As busy professionals, they not only appreciate the convenience of having Virtual Doorman, but also the relief of having some anonymity and no holiday tipping expenses."

### How Virtual Doorman Works

The beauty of Virtual Doorman lies in that it is a complete and customizable service, offering visitor and package reception service, security and building management rolled into one system. At the building, a "virtual attendant" uses a series of well-positioned surveillance cameras and Web-based technologies to efficiently interface with visitors, residents and package delivery services. Virtual Doorman also helps tenants with day-to-day tasks such as unlocking their doors if they have forgotten keys, letting pre-approved guests into their apartments if they are away, and accepting delivery of packages or dry cleaning.

"Virtual Doorman offers the New York Metro and Tri-State area a unique solution. It brings convenience, security and peace of mind for tenants, and enhanced property value and prestige for building owners. These are real competitive advantages in New York's ultra-aggressive real estate market. It's a win-win package for building owners, realtors, and tenants," said Colin Foster, vice president of sales and marketing for Virtual Doorman.

### System Features

Virtual Doorman provides three main features as part of its overall package: Building Access Control, Interactive Video Surveillance and Visitor Management. Building Access Control ensures that only authorized tenants and their guests can enter; it acts as an additional safeguard by denying entry to intruders and providing a time record of authorized entries. Video Surveillance uses a variety of strategically placed indoor and outdoor cameras to deliver high-resolution images and video footage which can easily be retrieved if needed. Videoconferencing technology is integrated to offer additional functionality and two-way video. Visitor Management is a sophisticated Web-based system that provides customized access to visitors and delivery personnel. The system automatically manages entry, drop off, and tenant notification of package delivery and other services.

Virtual Doorman uses a secure Internet connection and integrated digital CCTV, cameras, intercom devices, monitoring equipment and access control systems. These elements are integrated into one secure, streamlined platform that is operated remotely by the Virtual Doorman operators; residential properties are monitored continuously to ensure controlled access to the premises and the utmost in security.

In the future, the company plans to broaden its geographic reach to areas in the Northeast and eventually nationwide through its dealer network. The company also plans to expand its scope to market Virtual Doorman to office buildings, college dormitories and/or smaller, luxury gated communities.

Tel: 781-878-4540 / Fax: 781-871-1853 / 800-654-4993 / nerej@rejournal.com / www.rejournal.com

HOME PAGE | MY TIMES | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS

Get Home Delivery  Log In  Register Now

E*TRADE

**The New York Times**
Tuesday, October 9, 2007

# N.Y./Region

● N.Y./Region
○ All NYT
Search

ARTS  STYLE  TRAVEL  JOBS  REAL ESTATE  AUTOS

WORLD  U.S.  N.Y./REGION  BUSINESS  TECHNOLOGY  SCIENCE  HEALTH  SPORTS  OPINION
THE CITY   IN THE REGION   N.Y./REGION OPINIONS

## City Room



Back to front page »

A security company has developed an electronic system, Virtual Doorman, that it claims can perform the functions of human doormen, "including screening guests, accepting deliveries and laundry, and unlocking doors for tenants who lost their keys." [amNew York]

🔗 LINK   ✉ E-MAIL THIS

# The New York Times

# DealBook  Edited by Andrew Ross Sorkin

## This Start-Up Would Like You to Meet Your Virtual Doorman

June 12, 2007, 7:51 am

The doorman occupies a complex spot in the New York City class system: the doorman is at once status-symbol, diplomat and taxi-hailer. And now, he may be virtual, if one start-up has its way.

BusinessWeek notes that New York-based **Virtual Service** announced an upgrade to its "Virtual Doorman" that enables users to interact with a service programmed to handle everything from unlocking your apartment door for the dog walker to accepting packages and turning away solicitors.

Colin Foster, one of the co-founders of Virtual Service, says the technology has begun to take off as young, tech-savvy users enter New York's real-estate market. "Younger, hip Wall Streeters are buying luxury apartments and they want a small building with all the amenities," Mr. Foster told BusinessWeek. By next spring, the company plans to introduce the virtual doorman in other cities such as Boston and Washington.

The upside, according to the company, is price and privacy. As smaller luxury buildings come into demand, the $30,000-plus salary in addition to health-care coverage and other benefits can become cost prohibitive for the tenants. And the people who move into smaller buildings don't necessarily want to be on a first-name basis with the guy who monitors the door, according to Mr. Foster.

In an April article, The New York Times noted a growing anti-doorman trend in the city.

"Doormen know everything," Stephen C. Brandman, the chief operating officer of Thompson Hotels, a luxury boutique hotel chain, told The Times.

"The challenge becomes when you have overnight guests; sometimes the doormen share their thoughts about that," said Mr. Brandman, referring to unsolicited remarks garnered during his bachelor life. "Sometimes they wanted to know why ex-girlfriends had come back into the picture, so there would be running commentary."

The Times noted that even most doormen would apparently rather live without a doorman even if they could afford it.



*August 23, 2007*

## Technology takes the 'man' out of doorman



Colin Foster from Virtual Doorman says the technology offers concierge service at a fraction of the cost. (Photo by Jefferson Siegel / August 22, 2007)

By Andrew Lisa, *amNewYork* Business Editor | alisa@am-ny.com          August 23, 2007

Colin Foster doesn't envision a New York without doormen, he just pictures a new kind of concierge manning the lobbies of buildings that otherwise wouldn't have one.

The buildings he's targeting are smaller structures with just a handful of units, and the person he wants to service the entrance isn't really a person at all.

Foster is the vice president of sales and marketing for Virtual Doorman, the top product of a security firm called Virtual Service, which promises to offer residents and managers of small buildings the services of a professional doorman at a fraction of the cost -- without skimping on security or convenience.

"It used to be that small walkups were second-class buildings," Foster said. "They did not fetch the same pricing as a doorman building. Now, small buildings can offer those same amenities."

### A new kind of doorman
Virtual Doorman is a standalone, computerized system that integrates with a building's own computers while linking its high-end color video monitors with the building's existing intercoms, Foster said.

The electronic system is manned remotely 24 hours a day by a third-party agency that is linked directly to the building's local fire department, police and medical services.

The system is monitored constantly, and can perform all the tasks of an old-fashioned, human doorman, Foster said, including screening guests, accepting deliveries and laundry, and unlocking doors for tenants who lost their keys.

### What about real doormen?
Foster insists man and machine can co-exist. It is written into their policy that Virtual Doorman will not replace any members of 32BJ, the union that represents workers including New York doormen.

Most times, Foster said, they would simply never encounter a competitive situation because the buildings they target are small walkups with a few units that could never otherwise afford traditional doorman service.

"[Buildings with] 40 to 60 units are our sweet spot," Foster said. "We stay in that space."

And the rare occasions when Virtual Doorman is in a building with a traditional concierge, the service steps in only during off-peak hours. "In those buildings," Foster said, "We take the after-hour shifts where the building doesn't need to pay a doorman."

Still, the union thinks there's no substitution for old-fashioned manpower. "The experience and training of doormen, combined with their familiarity of residents cannot be replaced by electronic services that control building access from remote locations," according to a 32BJ statement.

"The safety of New Yorkers living in condominiums and apartments belongs in the real-life hands of diligent doormen who can maintain on-site control of their buildings."

According to union figures, Manhattan buildings spend an average of $80,000 per year per doorman in wages, overtime and benefits. Virtual Service says a typical building employs four to six doormen, working three daily shifts on weekends and weekdays. That's $275,000 to $400,000 per year. Virtual Doorman insists their service costs only 15-20 percent of that.

### A growing trend?
Foster says nearly all of the building managers and owners who have tried Virtual Doorman renew their contracts and even expand it to other buildings they own. "Ninety-three buildings are [currently] online," Foster said. "For the new generation, Gen 2, we have 14 buildings. A third generation will launch in September."

The older generations can easily upgrade, Foster said.

Virtual Doorman "has given us an edge over other buildings," said Ross Berman, a partner with real estate developer Citiwise LLC. "We no longer have to pass the extra hundreds or thousand-plus dollars to our tenants to maintain a doorman, and can still offer them the same -- if not better -- level of security and attention. Our tenants love it."

Jeff Bennett, who owns buildings in Manhattan, said he can seek higher rents in his two Virtual Doorman buildings, and that tenants are happy. "It's a big amenity," Bennett said.





# SAME SERVICES AS A DOORMAN AT A FRACTION OF THE COST™



**ACCEPTS DELIVERIES**



**LOCKS AND UNLOCKS DOORS**



**SECURES YOUR BUILDING**

**ALLOWS ACCESS FOR MAINTENANCE AND SERVICE CALLS**



**RECEIVES PACKAGES**

**VISIT US IN BOOTH #730 TO SEE WHAT VIRTUAL DOORMAN™ CAN DO FOR YOU!**



**INCLUDES AN INTERACTIV[E] WEB PORTAL FOR EAS[Y] ACCOUN[T] MANAGEMEN[T]**



# Fact Sheet

## How Virtual Doorman™ Works

Virtual Doorman™ uses a secure internet connection and integrated digital CCTV, cameras, intercom devices, access control systems and monitoring equipment to operate as a virtual attendant and interface with tenants, visitors and delivery services. This allows monitored entrance to a building or access to storage areas for delivery of packages, etc. We integrate each element of the system into one platform over which we have absolute control to enable our Monitoring Command Center to remotely monitor your property and control access to the premises.

A screen in the building lobby displays the Virtual Doorman™ where a traditional doorman would typically be stationed, while screens at our Monitoring Station display the lobby and vestibule at the building or any other areas you desire, such as a package room, elevator, etc. This allows our Virtual Doorman to fully track all visitors from entry to exit. These images can be retrieved later in the event of an incident. In addition to opening and closing doors, the system can also be configured to control many building functions by remote interaction from our command center (Control building systems (lights, HVAC), operate elevators, control alarms).

### Video Security
The digital video security system is a key component of Virtual Doorman™. By functioning as the eyes and ears of the system, video surveillance enables our Virtual Doormen to gain visual access to your property to perform their job.

### Access Control
The system's digital access control module and integrated video intercoms enable our Virtual Doormen to manage access to your building by remotely locking and unlocking doors for authorized parties. The system maintains detailed visitor logs for accurate record keeping.

### Monitoring
Interactive Video Monitoring enables us to view activity at your property and take action as necessary and according to your specific instructions. Our Virtual Doormen carefully control the cameras to track activity and secure the premises.

## Company Profile

Virtual Doorman™ was developed by Virtual Service, a New York City-based provider of interactive video security, video monitoring and alarm systems. Our services include the custom design, provisioning, installation and servicing of the latest electronic security technologies. With our background in security, telecommunications and audio visual integration, we have a unique ability to bring together and integrate these technologies to provide this unique and superior security solution.

Many companies offer security products and services, but none provides the unique array of products and services that we offer at Virtual Service. From digital video surveillance and access control to interactive video monitoring and our proprietary Virtual Doorman™ service, Virtual Service has the expertise and reputation that sets us apart from our competition. Visit us on the web at www.virtualservice.net.

---

VIRTUAL DOORMAN® — *technology for easy living*™

104 West 40th Street, 2nd floor
New York, New York 10018
(212) 400-6000
www.virtualdoorman.com

# Fact Sheet

## About Virtual Doorman™

Virtual Doorman™ is a unique system designed to provide buildings with a cost-effective alternative to a traditional doorman or concierge. Virtual Doorman™ utilizes proprietary video surveillance and intercom systems, integrated with access control and alarm devices to monitor and control access to a property and provide a superior level of convenience and security.

Any building can benefit from Virtual Doorman.™ This unique system gives small, luxury residential buildings either an alternative or supplement to the traditional doorman. By utilizing Virtual Doorman™, building owners, developers and property managers can maintain heightened security in the building at a fraction of the cost of employing a traditional doorman. Additionally, this unique feature unequivocally increases the value and marketability of the premises. With the Virtual Doorman™ service, tenants and owners are afforded a luxury amenity and the peace of mind by being able to securely monitor and manage those who enter and exit their property.

The system works as a fully-featured remote attendant for your building by connecting a lobby video intercom unit with our Monitoring Command Center using state-of-the-art audio and video technology.

## Features and Benefits

Our Virtual Doorman™ system brings together the latest in Video Security, Access Control, Monitoring and Alarm Systems to provide your building with a unique solution. The system is designed to be very user-friendly and intuitive to use. Within seconds of ringing the Virtual Doorman™, residents, visitors or delivery personnel are connected to the Virtual Doorman™ who will greet them and assist as needed by:

- Greeting visitors & providing access to authorized parties
- Opening and closing doors
- Accepting packages, deliveries, maintenance & service calls
- Seamlessly integrating with the Interactive Web Portal for easy account management

Virtual Doorman™ offers exceptionally useful and easy to use apartment management and concierge tools such as security through biometric identification, temperature control, package delivery access, visual access while away from the apartment, automatic locking and unlocking of doors and elevators, as well as notifications and alerts. As a surveillance/security system, Virtual Doorman goes beyond standard security features. It offers all the normal features of a traditional doorman such as greeting visitors or accepting deliveries as well as more advanced features such as remote building management and access control management.

Virtual Doorman™ is the first full-service building security and access management package of its kind. It has revolutionized building management.

For an online demonstration of Virtual Doorman™, please visit our website at www.virtualdoorman.com or call 212-400-6000.



*technology for easy living*™

104 West 40th Street, 2nd floor
New York, New York 10018
(212) 400-6000
www.virtualdoorman.com