Declaration of Matt Sharp is in support of Virtual Service in connection with their efforts to protect their trademark VIRTUAL DOORMAN.

1) I, Matt Sharp, have been in the building management industry for 5 years.

2) I am a Principal with Milton Point Investments. In this capacity, I own and manage real estate, and I have first hand knowledge of the facts and circumstances set forth below through my experience and knowledge of the industry.

3) I am familiar with Virtual Service and the VIRTUAL DOORMAN Security System.

4) VIRTUAL DOORMAN is a popular product among real estate investment companies.

5) There are a number of other remote access/security systems, but I identify the VIRTUAL DOORMAN system as being exclusively Virtual Service's product.

6) VIRTUAL DOORMAN is a very advanced system and is one of, if not the, industry leader in the field.

7) VIRTUAL DOORMAN has used the tag lines "the same services as a doorman - at a fraction of the cost" and "technology for easy living" for many years, dating at least back to the early 2000's.

8) It is my experience that consumers of this product are aware that the term Virtual Doorman identifies the VIRTUAL DOORMAN Security System offered by Virtual Service. This is a top-flight security system, and is far more complex and sophisticated than the systems offered by American Security System.

9) Many tenants ask for VIRTUAL DOORMAN Systems, because it is believed that Virtual Service's high-end product will increase the value of their property, and provide excellent security.

1

10) In June 2008 it came to my attention that there is another company in the marketplace selling products using the name Virtual Doorman to promote their product/service. In particular, I was confused by *SDM Magazine's* use of the term "Virtual Doorman" on the cover of their June 2008 issue in reference to American Security Systems' new Video Doorman product. After reading the article, I was confused and was under the impression that American Security Systems' Video Doorman was the same as Virtual Service's Virtual Doorman until I spoke with Colin Foster of Virtual Service and he cleared up the misinformation and confusion resulting from the SDM magazine article.

11) Furthermore, it is my experience that persons in the trade recognize that the words VIRTUAL DOORMAN specifically identify a product and service provided by Future Communications Corporation of New York, d/b/a Virtual Service. If one orders parts for a VIRTUAL DOORMAN System, it is clear that this relates specifically to Virtual Service's product, and no one else's.

12) When other building owners and developers ask me about the VIRTUAL DOORMAN System, I understand them to mean Virtual Service's product and services.

13) I state under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2008

New York, NY

*Matt Sharp*

2