

General Contracting for Commercial & Industrial...New Construction · Renovations · Repairs

151-01 14th Avenue
Whitestone, NY 11357

Tel (718) 747-4747
Fax (718) 767-3708

Declaration that Avi Basher is in support of Virtual Service in the protection of their trade marked name VIRTUAL DOORMAN. In July 2008 it came to my attention that there are others selling products under the name Virtual Doorman.

1) I, _Avi Basher_, have been in the building management industry for __20__ years.

2) I currently am employed by CRISTOM CONSTRUCTION SERVICES, INC. in the position of Project Manager. In this capacity, I do Property Management, and I have first hand knowledge of the facts and circumstances set forth below through my experience and knowledge of the industry.

3) I am familiar with Virtual Service and the VIRTUAL DOORMAN Security System.

4) VIRTUAL DOORMAN is a popular product among real estate management companies.

5) There are a number of other remote access/security systems, but I identify the VIRTUAL DOORMAN system as being exclusively Virtual Service's product.

6) VIRTUAL DOORMAN is a very advanced system and is one of, if not the, industry leader in the field.

7) VIRTUAL DOORMAN has used the tag lines "the same services as a doorman - at a fraction of the cost" and "technology for easy living" for many years, dating at least back to the early 2000's.



General Contracting for Commercial & Industrial...New Construction · Renovations · Repairs

161-01 14th Avenue
Whitestone, NY 11357

Tel (718) 747-4747
Fax (718) 767-3706

8) It is my experience that consumers of this product are aware that the term Virtual Doorman identifies the VIRTUAL DOORMAN Security System offered by Virtual Service. This is a top-flight security system, and is far more complex and sophisticated than the systems offered by American Security System.

9) Many customers ask for VIRTUAL DOORMAN Systems, because it is believed that Virtual Service's high-end product will increase the value of their property, and provide excellent security.

10) Furthermore, it is my experience that persons in the trade recognize that the words VIRTUAL DOORMAN specifically identify a product and service provided by Future Communications Corporation of New York, d/b/a Virtual Service. If one orders parts for a VIRTUAL DOORMAN System, it is clear that this relates specifically to Virtual Services's product, and no one else's.

11) When building owners and developers ask me about the VIRTUAL DOORMAN System, I understand them to mean Virtual Service's product and services.

12) I state under penalty of perjury that the foregoing is true and correct.

Executed on August __18__, 2008

New York, NY

2