NY Citiwise, LLC
170 East 77th Street
New York, NY 10075
(917) 887-5571

Declaration of Ross Berman is in support of Virtual Service in the protection of their trade marked name VIRTUAL DOORMAN. In July 2008 it came to my attention that there are others selling products under the name Virtual Doorman.

1) I, __Ross Berman__, have been in the building management industry for __5__ years.

2) I currently am employed by __NY Citiwise, LLC__ in the position of __Partner__. In this capacity, I do __Real Estate Development__, and I have first hand knowledge of the facts and circumstances set forth below through my experience and knowledge of the industry.

3) I am familiar with Virtual Service and the VIRTUAL DOORMAN Security System.

4) VIRTUAL DOORMAN is a popular product among real estate management companies.

5) There are a number of other remote access/security systems, but I identify the VIRTUAL DOORMAN system as being exclusively Virtual Service's product.

6) VIRTUAL DOORMAN is a very advanced system and is one of, if not the, industry leader in the field.

7) VIRTUAL DOORMAN has used the tag lines "the same services as a doorman - at a fraction of the cost" and "technology for easy living" for many years, dating at least back to the early 2000's.

8) It is my experience that consumers of this product are aware that the term Virtual Doorman identifies the VIRTUAL DOORMAN Security System offered by Virtual Service.

1

NY Citiwise, LLC<br>
170 East 77th Street<br>
New York, NY 10075<br>
(917) 887-5571

This is a top-flight security system, and is far more complex and sophisticated than the systems offered by American Security System.

9) Many customers ask for VIRTUAL DOORMAN Systems, because it is believed that Virtual Service's high-end product will increase the value of their property, and provide excellent security.

10) Furthermore, it is my experience that persons in the trade recognize that the words VIRTUAL DOORMAN specifically identify a product and service provided by Future Communications Corporation of New York, d/b/a Virtual Service. If one orders parts for a VIRTUAL DOORMAN System, it is clear that this relates specifically to Virtual Services's product, and no one else's.

11) When building owners and developers ask me about the VIRTUAL DOORMAN System, I understand them to mean Virtual Service's product and services.

12) I state under penalty of perjury that the foregoing is true and correct.

Executed on August _19_, 2008

New York, NY

_[signature]_<br>
Ross Berman

2