Declaration of Yoni Bak is in support of Virtual Service in the protection of their trade marked name VIRTUAL DOORMAN. In August 2008 it came to my attention that there are others selling products under the name Virtual Doorman.

1) I, Yoni Bak, have been in the building management industry for 5 years.

2) I currently am employed by North Manhattan Construction Corp. in the position of Project Manager. In this capacity, I do Management of construction projects, and I have first hand knowledge of the facts and circumstances set forth below through my experience and knowledge of the industry.

3) I am familiar with Virtual Service and the VIRTUAL DOORMAN Security System.

4) VIRTUAL DOORMAN is a popular product among real estate management companies.

5) There are a number of other remote access/security systems, but I identify the VIRTUAL DOORMAN system as being exclusively Virtual Service's product.

6) VIRTUAL DOORMAN is a very advanced system and is one of, if not the, industry leader in the field.

7) It is my experience that consumers of this product are aware that the term Virtual Doorman identifies the VIRTUAL DOORMAN Security System offered by Virtual Service. This is a top-flight security system, and is far more complex and sophisticated than the systems offered by American Security System.

8) Many customers ask for VIRTUAL DOORMAN Systems, because it is believed that Virtual Service's high-end product will increase the value of their property, and provide excellent

security.

9) Furthermore, it is my experience that persons in the trade recognize that the words VIRTUAL DOORMAN specifically identify a product and service provided by Future Communications Corporation of New York, d/b/a Virtual Service. If one orders parts for a VIRTUAL DOORMAN System, it is clear that this relates specifically to Virtual Services's product, and no one else's.

10) When building owners and developers ask me about the VIRTUAL DOORMAN System, I understand them to mean Virtual Service's product and services.

11) I state under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2008

New York, NY

_[signature]_